# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LANDON THOMAS DUPREE, <br><br> Defendant. | CR 14-83-GF-BMM <br><br> **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on August 8, 2017. Defendant admitted that he had violated the conditions of his supervised release: 1) by failing to report to his probation officer as directed; 2) by possessing a controlled substance; 3) by using a controlled substance; 4) by failing to report for substance abuse testing; and 5) by failing to report for substance abuse treatment. Judge Johnston found the admissions sufficient to establish the supervised release violations. Judge Johnston recommended that this Court revoke Defendant's supervised release and sentence the Defendant to a term of custody of twelve months and one day, with no supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and

recommendations are therefore reviewed for clear error.  *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

The Court agrees with Judge Johnston's findings.  Defendant admitted that he had violated the conditions of his supervised release.  Defendant could be incarcerated for up to 24 months, followed by 28 months of supervised release less any custody time imposed.  The United States Sentencing Guidelines call for a term of imprisonment of four to ten months.  A term of custody of twelve months and one day, followed by no supervised release is appropriate.  The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 74) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 29th day of August, 2017.

Brian Morris
United States District Court Judge